UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'RON A. CHEEVES,<br><br>          Plaintiff,<br><br>    v.<br><br>CHRISTINE CORPUS, et al.,<br><br>          Defendants. | Case No. 25-cv-01445-VC<br><br>**ORDER OF DISMISSAL** |

      De'Ron Cheeves filed a civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Cheeves a notice informing him that the action was deficient because he had not paid the filing fee or filed an application to proceed *in forma pauperis* (IFP). Dkt. No. 2. The notice included a blank copy of the required form and warned Cheeves if he did not submit the required documents within the 28-day time frame, his case would be dismissed.

      More than 28 days have passed, and Cheeves has not filed an IFP application, paid the filing fee, or communicated with the court in any manner. Therefore, this case is dismissed without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by either the filing fee or an IFP application on the proper form with the required supporting documents. The Clerk shall enter a separate judgment and close the file.

      **IT IS SO ORDERED.**

Dated: March 28, 2025

                                                                               VINCE CHHABRIA<br>
                                                                               United States District Judge