UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DE'RON A. CHEEVES,

Plaintiff,

v.

CHRISTINE CORPUS, et al.,

Defendants.

Case No. 25-cv-01445-VC

**ORDER OF DISMISSAL**

De'Ron Cheeves, a detainee at Maple Street Correctional Center in San Mateo County proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court previously dismissed the initial complaint with leave to amend. Cheeves filed an amended complaint, which the court again dismissed with leave to amend because the allegations in the first amended complaint did not give rise to any federal claims against any defendants. Cheeves was warned that failure to amend within the designated 28 day time period would result in dismissal of his case with prejudice.

The 28 days have passed, and Cheeves has not filed a second amended complaint nor communicated with the court since June 30, 2026. The case is therefore dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 26, 2026

VINCE CHHABRIA
United States District Judge